IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER P. WHITE, | No. 4:22-CV-01692 |
| Plaintiff, | (Chief Judge Brann) |
| v. | (Chief Magistrate Judge Bloom) |
| TYSON HAVENS, *et al.*, | |
| Defendants. | |

## ORDER

### DECEMBER 31, 2025

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Chief Magistrate Judge Daryl F. Bloom's Report and Recommendation (Doc. 144) is **ADOPTED** in part and **REJECTED** in part;

2. Defendants' motion for summary judgment (Doc. 129) is **GRANTED** in part and **DENIED** in part as follows:

   A. The motion is granted as to Christopher P. White's civil conspiracy claim, and judgment is entered in Defendants' favor with respect to that claim;

   B. The motion is denied as to White's malicious prosecution claim against Jonathan Rachael.

3. White's motions to strike (Docs. 141, 143) are **DENIED**;

4. White's motion for an extension of time to file objections (Doc. 145) is **GRANTED**; and

5. A telephonic status conference call will be scheduled by separate Order.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge